## THIRD DEPARTMENT, OCTOBER, 1957

### (October 2, 1957)

■ CITY OF ALBANY, Respondent, v. COPLIN YARAS, Appellant, et al., Defendants.— Application for an order directing that the appeal herein be transferred to another Department of the Appellate Division to be there heard and determined, denied, without costs, on the ground the application is completely devoid of substance. Motion for a stay of all proceedings in the County Court of Albany County, on the part of the plaintiff-respondent and the commissioners of appraisal, pending the hearing and determination of the appeal herein, granted, on condition that appellant perfects his appeal by filing record and brief on or before October 22, 1957, and is ready for argument at the November Term of this court. Cross motion to dismiss the appeal and all other questions reserved until the argument or submission of the appeal. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of JOHN GALVIN, Respondent, against BETHLEHEM STEEL COMPANY, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for a stay of the Workmen's Compensation Board and for an order directing the formulation of findings. Motion denied. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of JAMES F. McMANUS et al., Petitioners, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK et al., Respondents.— Motion by respondents, the Board of Regents of the University of the State of New York, and James E. Allen, Jr., as Commissioner of Education of the State of New York, to dismiss appeal, as not timely taken, granted to the extent that such appeal be dismissed as to said movants. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.